■ SHIRLEY GILECE, Respondent, v. MAXINE IOVINO et al., as Executors of JOHN IOVINO, Deceased, Appellants, et al., Defendants.— Motion by appellants for reargument or for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

■ In the Matter of ANTHONY PERLONGO, Doing Business as SAFEWAY AUTO DRIVING SCHOOL, Petitioner, v. WILLIAM S. HULTS, as Commissioner of the Department of Motor Vehicles, Respondent.— Motion by petitioner for reargument or for leave to appeal to the Court of Appeals, and for a stay, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS CONTALDO, Appellant.— Motion by appellant for reargument, denied. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ In the Matter of LYDIA LO RUSSO, Appellant, v. CHARLES LO RUSSO, Respondent.— Motion by appellant to amend, *nunc pro tunc,* the notice of appeal, granted; the amended notice of appeal is to specify therein that *petitioner* appeals to the Appellate Division of the Supreme Court, Second Department, from an order of the Family Court, Westchester County, formerly the Children's Court, Westchester County. Copies of the amended notice of appeal are to be served as prescribed by section 1015 of the Family Court Act. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

## (December 17, 1962)

■ In the Matter of ABRAHAM LEVINE.— Application by a suspended attorney, whose period of suspension has expired, for reinstatement to the Bar. The application was referred for investigation and report to the Committe on Character and Fitness of the Second Judicial District. The committee's report has been received by the court. Application for reinstatement to the Bar granted. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ LAKE SHORE CLUB, INC., Appellant-Respondent, v. COUNTRY CLUB PROPERTIES, INC., Respondent, and BLANCHE LABOWITZ, Appellant, et al., Defendant.— Motion by respondent Country Club Properties, Inc., to dismiss the appeals of Lake Shore Club, Inc., and Blanche Labowitz. Motion to dismiss the appeal of appellant Lake Shore Club, Inc., denied. Pursuant to stipulation, dated June 17, 1961, the appeal of said appellant is discontinued. Motion to dismiss appeal of Blanche Labowitz denied, on condition that said appellant perfect and be ready to argue or submit the appeal at the March Term, beginning March 4, 1963; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 1, 1963. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, ·v. RICHARD JOHNSON, Appellant.— Motion by appellant to restore his appeal to the calendar, granted on the consent of the District Attorney; order dated November 26, 1962, dismissing the appeal, vacated; appeal ordered on the calendar for the February Term, beginning January 28, 1963. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ HATTIE ALSTON et al., Respondents, v. GULL CONTRACTING CO. INC., et al., Appellants, et al., Defendants.— In a negligence action to recover damages for personal injury, medical expenses and loss of services, the corporate defendants appeal from a judgment of the Supreme Court, Kings County, entered March 7, 1962 after trial, upon a jury's verdict in favor of the plaintiffs. Judgment affirmed, with costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.